

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2022

No. 04-22-00899-CV

**IN RE** Jasmine **ELLIOTT**

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Irene Rios, Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

On December 29, 2022, relator filed a petition for writ of mandamus and an emergency motion for stay. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **no later than January 19, 2023.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for stay is **GRANTED**. The UCCJEA court conference and hearing scheduled for January 3, 2023, on the Motion for Temporary Emergency Jurisdiction are **STAYED** pending further order from this court.

It is so **ORDERED** on December 30, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-CI-05165, styled *In the Interest of K.J.E., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.